**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF - EASTERN DIVISION

| | |
|---|---|
| XINIA GEUVARRA,<br><br>                Plaintiff,<br>   vs.<br><br>ETHAN ALLEN OPERATIONS, INC., et al.<br><br>                Defendants.<br>_____ | Case No. EDCV 08-956-VAP (AGRx)<br><br>[Assigned to the Hon. Virginia A. Phillips]<br><br>[Complaint Filed: May 15, 2008]<br><br>ORDER RE: DISMISSAL<br><br>[ F.R.C.P. 41 (a)(1)] |

      Based on the parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a), which was filed by parties on, the Court hereby orders that this action, including all claims for relief that have been or could have been asserted by Plaintiff in connection with the general set of facts and circumstances underlying this action, shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: August _12___, 2009   _____

                                          HON. VIRGINIA A. PHILLIPS

                                          U.S. District Court Judge